UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 26, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ARLINGTON CAINE,

Defendant.

Case No. 2:21-mj-00076-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ARLINGTON CAINE, Case No. 2:21-mj-00076-DB Charge 21 U.S.C. § 841 and 846, from custody for the following reasons:for the following reasons:

|   | Release on Personal Recognizance |
|---|---|
| X | Bail Posted in the Sum of $ 50,000.00 |
|   | Unsecured Appearance Bond $ |
|   | Appearance Bond with 10% Deposit |
| X | Appearance Bond with Surety |
|   | Corporate Surety Bail Bond |
| X | (Other): Conditions as stated on the record |

Issued at Sacramento, California on May 26, 2021 at 4:30 p.m.

*/s/ Jeremy Peterson*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE