UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 26, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARLINGTON CAINE,<br><br>Defendant. | Case No. 2:21-mj-00076-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ARLINGTON CAINE,

Case No. 2:21-mj-00076-DB  Charge 21 U.S.C. § 841 and 846, from custody for the following reasons:for the following reasons:

      \_\_\_\_\_   Release on Personal Recognizance

        X    Bail Posted in the Sum of $   50,000.00

      \_\_\_\_\_   Unsecured Appearance Bond $ _____

      \_\_\_\_\_   Appearance Bond with 10% Deposit

        X    Appearance Bond with Surety

      \_\_\_\_\_   Corporate Surety Bail Bond

        X    (Other):   Conditions as stated on the record

Issued at Sacramento, California on May 26, 2021 at 4:30 p.m.

*/s/ Jeremy D. Peterson*
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE