CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ARLINGTON CAINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARLINGTON CAINE,<br><br>Defendants. | Case No.: 2:21-cr-104 TLN<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>DATE:  February 9, 2023<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

    IT IS HEREBY STIPULATED by and between Assistant United States Attorney Cameron Desmond, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant ARLINGTON CAINE, that the sentencing hearing scheduled for February 9, 2023, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on March 16, 2023, at 9:30 a.m. for judgment and sentencing.  The parties further request that the schedule of disclosure be modified as follows:

//
//
//
//
//

| | |
|---|---|
| Draft PSR Due: | 2/2/2023 |
| Informal Objections Due: | 2/16/2023 |
| Final PSR due: | 2/23/2023 |
| Motion for Correction: | 3/2/2023 |
| Reply, or Non-Opposition: | 3/9/2023 |
| J&S: | 3/16/2023 |

DATED:     January 5, 2023          /S/     Cameron Desmond
                                    Phillip Talbert
                                    by CAMERON DESMOND
                                    Attorney for Plaintiff


                                    /S/     Clemente M. Jiménez
                                    CLEMENTE M. JIMÉNEZ
                                    Attorney for ARLINGTON CAINE


**ORDER**

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for February 9, 2023, at 9:30 a.m. be vacated and the matter continued to March 16, 2023, at 9:30 a.m. for judgment and sentencing.

IT IS FURTHER ORDERED, that the schedule of disclosure be modified as proposed.

This 5th day of January 2023.

                                    Troy L. Nunley
                                    United States District Judge

01/05/23