CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ARLINGTON CAINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARLINGTON CAINE,<br><br>Defendants. | Case No.: 2:21-cr-104 TLN<br><br>STIPULATION AND ORDER TO EXONERATE BOND SECURED BY REAL PROPERTY |

On May 26, 2021, Defendant ARLINGTON CAINE was released on a $50,000.00 bond secured by property at 7236 Belcamp Street, Rio Linda, California, 95673.  Per the terms of the Appearance Bond (ECF #41), the bond would be deemed satisfied and the security released when Mr. Caine reported to serve his sentence.  Mr. Caine reported to commence his sentence on May 1, 2023, at Lompoc Satellite Camp.

WHEREFOR, IT IS HEREBY STIPULATED by and between Assistant United States Attorney Cameron Desmond, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant ARLINGTON CAINE, that the secured bond in the above-noted case be exonerated.

//

//

//

08/28/23

| | | |
|---|---|---|
| DATED: August 1, 2023 | | /S/     Cameron Desmond |
| | | Phillip Talbert |
| | | by CAMERON DESMOND |
| | | Attorney for Plaintiff |

/S/     Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for ARLINGTON CAINE

## ORDER

IT IS SO ORDERED, that the secured bond in the above-noted case be exonerated.

DATED: August 28, 2023

_(signature)_
Troy L. Nunley
United States District Judge

08/28/23