HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ARLINGTON CAINE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARLINGTON CAINE,<br><br>Defendant. | No. 2:21-cr-104 TLN 9<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable TROY L. NUNLEY |

Defendant, ARLINGTON CAINE, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision"). *See* Amendment 821, Part B, Subpart 1. The zero-point provision provides a 2-offense-level

reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a).  The United States Sentencing Commission made the zero-point provision retroactive beginning February 1, 2024.  *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3. On March 23, 2023, this Court sentenced Mr. Caine to 22 months on each of Counts 30 and 31, to be served concurrently, for a total term of imprisonment of 22 months;

4. Mr. Caine's total offense level was 17, his criminal history category was I (based on him having no criminal history points), and the resulting guideline range was 24 to 30 months;

5. The sentencing range applicable to Mr. Caine was subsequently lowered by the zero-point provision;

6. Mr. Caine is eligible for a reduction in sentence, which reduces his total offense level by 2 from 17 to 15, and his amended advisory guideline range is reduced to 18 to 24 months;

7. When the defendant's original sentence was below the applicable guideline range, the court may grant a comparable reduction below the amended guideline range in accordance with the limitation set forth in USSG § 1B1.10(b)(2)(B);

8. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Caine's term of imprisonment to 16 months as to each of Counts 30 and 31, to run concurrently for a total term of imprisonment of 16 months, effective February 1, 2024.

Respectfully submitted,

Dated:  January 11, 2024                                    Dated:   January 11, 2024

PHILLIP A. TALBERT                                          HEATHER E. WILLIAMS
United States Attorney                                       Federal Defender

 /s/  Shelley D. Weger                                       /s/ David M. Porter
SHELLEY D. WEGER                                            DAVID M. PORTER
Assistant U.S. Attorney                                      Assistant Federal Defender

Attorney for Plaintiff                                       Attorney for Defendant
UNITED STATES OF AMERICA                                    ARLINGTON CAINE

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Caine is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 17 to 15, resulting in an amended guideline range of 18 to 24 months.

IT IS HEREBY ORDERED that, pursuant to USSG § 1B1.10(b)(2)(B), the term of imprisonment imposed in March 2023 is reduced to 16 months as to each of Counts 30 and 31, to run concurrently for a total term of imprisonment of 16 months, effective February 1, 2024.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Caine shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  January 18, 2024

Troy L. Nunley
United States District Judge