AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:21-cr-00104-TLN Document 452 Filed 01/18/24 Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:21CR00104-TLN-09 |
| ARLINGTON CAINE ) | |
| ) | USM No: 46097-509 |
| Date of Original Judgment: 03/27/2023 ) | |
| Date of Previous Amended Judgment: ) | David Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   22   months **is reduced to**   16 months   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   03/27/2023   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/18/2024

*Judge's signature*

Effective Date: 02/01/2024          Troy L. Nunley, United States District Judge
*(if different from order date)*          *Printed name and title*